KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON
Velma K. Lim (SBN 111006)
vlim@kroloff.com
Jamie M. Bossuat (SBN 267458)
jbossuat@kroloff.com
7540 Shoreline Drive
Stockton, CA 95219
Telephone:  (209) 478-2000
Facsimile:   (209) 478-0354

Attorneys for Defendants
SUKHJIT SINGH JASWAL and
HARVINDER SINGH

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO BRANCH

| | |
|---|---|
| SCOTT JOHNSON, | Case No. 2:15-CV-00163-JAM-CKD |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING AND ORDER** |
| ISABELLA A. GAINES, in her individual capacity and representative capacity as Trustee – Gaines Family Legacy Trust; SUKHJIT SINGH JASWAL; HARVINDER SINGH ; and DOES 1-10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff Scott Johnson and defendants Sukhjit Singh Jaswal and Harvinder Singh, through their respective attorneys that the deadline for defendants Sukhjit Singh Jaswal and Harvinder Singh to file a responsive pleading shall be extended by thirty days to April 8, 2015.   There have been no previous extensions of time granted to defendants Sukhjit Singh Jaswal and Harvinder Singh in this action.

Dated:  March 17, 2015                                CENTER FOR DISABILITY ACCESS

                                                                    //s// *Phyl Grace with permission*

                                                                    PHYL GRACE
                                                                    Attorneys for Plaintiff
                                                                    SCOTT JOHNSON

1

2  Dated:  March 17, 2015                    KROLOFF, BELCHER, SMART,
                                              PERRY & CHRISTOPHERSON
3

4                                             //s// *Velma K. Lim*

                                              _____
5                                             VELMA K. LIM
                                              Attorneys for Defendants
6                                             SUKHJIT SINGH JASWAL and
                                              HARVINDER SINGH
7

8                          **ORDER**

9      Upon consideration of foregoing stipulation between the parties, and good cause appearing,

10
       IT IS SO ORDERED.
11

12  Dated:  3/17/2015                         /s/ John A. Mendez_____
                                              United States District Court Judge
13