UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>ISABELLA A. GAINES, in her individual and representative capacity as Trustee-- Gaines Family Legacy Trust; SUKHJIT SINGH JASWAL; HARVINDER SINGH; and Does 1-10,<br><br>        Defendants | Case No.: 2:15-CV-00163-JAM-CKD<br><br>**ORDER** |

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: October 7, 2015    /s/ John A. Mendez
                                       HONORABLE JOHN A. MENDEZ
                                       United States District Court Judge