1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>     Plaintiff,<br><br>  v.<br><br>ISABELLA A. GAINES, in her individual and representative capacity as Trustee--Gaines Family Legacy Trust; SUKHJIT SINGH JASWAL; HARVINDER SINGH; and Does 1-10,<br><br>     Defendants | Case: 2:15-CV-00163-JAM-CKD<br><br>**ORDER** |

### <u>ORDER</u>

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: November 20, 2015

                         /s/ JOHN A. MENDEZ
                    HONORABLE JOHN A. MENDEZ
                    UNITED STATES DISTRICT COURT JUDGE

Joint Stipulation for Dismissal        Case: 2:15-CV-00163-JAM-CKD